Form 149

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Kimberly A. Mosley**
**aka Kim A. Mosley**
    Debtor(s)

Bankruptcy Case No.: 21−20916−GLT
Issued Per 5/24/2021 Proceeding
Chapter: 13
Docket No.: 18 − 5
Concil. Conf.: October 28, 2021 at 10:00 AM

### ORDER OF COURT CONFIRMING PLAN AS MODIFIED
### AND SETTING DEADLINES FOR CERTAIN ACTIONS

*(1.) PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated April 12, 2021 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐ A.  For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B.  The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☑ C.  Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on Oct. 28, 2021 at 10:00 AM, in remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D.  Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E.  The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F.   shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☑ G.  The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: Claim No. 1 of PA Rev .

☐ H.  Additional Terms:

*(2.)  IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*   **IT IS FURTHER ORDERED THAT:**

**A.**   After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**   Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**   Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty-one (21) days prior to the change taking effect.

**D.**   Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016-1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**   The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre-confirmation defaults in any subsequent motion to dismiss.

**F.**   In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

Dated: May 25, 2021

cc:   All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                    Case No. 21-20916-GLT
Kimberly A. Mosley                                                    Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                                      User: dbas                                        Page 1 of 3
Date Rcvd: May 25, 2021                               Form ID: 149                               Total Noticed: 44

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++               Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kimberly A. Mosley, 2 Thorncrest Drive, Pittsburgh, PA 15235-5213 |
| 15364683 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 15364684 | + | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15364685 | + | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 15369759 | + | P.A.A.C. Transit Div., FCU, 219 Fort Pitt Blvd., Second Fl., Pittsburgh, PA 15222-1559 |
| 15364700 | + | Paac Trans Division FCU, 219 Fort Pitt Blvd, Pittsburgh, PA 15222-1559 |
| 15364707 | | Pressler, Felt & Warshaw LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: kburkley@bernsteinlaw.com | May 26 2021 02:36:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | May 26 2021 01:29:32 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15364681 | + | Email/Text: backoffice@affirm.com | May 26 2021 02:36:00 | Affirm, 650 California Street, Floor 12, San Francisco, CA 94108-2716 |
| 15364691 | | Email/Text: Bankruptcy.RI@Citizensbank.com | May 26 2021 02:34:00 | Citizens Bank, One Citizens Drive, Ms: Rop 15b, Riverside, RI 02915 |
| 15367380 | | Email/Text: Bankruptcy.RI@Citizensbank.com | May 26 2021 02:34:00 | Citizens Bank N.A., One Citizens Bank Way JCA115, Johnston, RI 02919 |
| 15364686 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 26 2021 01:29:28 | Capital One/Boscovs, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15364687 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 26 2021 01:31:21 | Capital One/boscovs, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15364688 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 26 2021 01:31:25 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15364689 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 26 2021 01:31:26 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15364690 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | May 26 2021 02:34:00 | Citizens Bank, 1000 Lafayette Blvd, Bridgeport, CT 06604-4725 |
| 15364692 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 26 2021 02:35:00 | Comenity Bank/Ashley Stewart, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 15364693 | + | Email/Text: kthompson@crownasset.com | May 26 2021 02:35:00 | Crown Asset Management, LLC, 3100 Breckinridge Blvd #725, Duluth, GA 30096-7605 |
| 15364694 | + | Email/Text: bankruptcy@firstelectronic.com | May 26 2021 02:36:00 | First Electronic Bank, Attn: Bankruptcy, Po Box |

Case 21-20916-GLT    Doc 20    Filed 05/27/21    Entered 05/28/21 00:42:41    Desc Imaged
Certificate of Notice    Page 5 of 6

| | | |
|---|---|---|
| District/off: 0315-2 | User: dbas | Page 2 of 3 |
| Date Rcvd: May 25, 2021 | Form ID: 149 | Total Noticed: 44 |

| Recipient ID | Notice Method | Date/Time | Recipient |
|---|---|---|---|
| | | | 521271, Salt Lake City, UT 84152-1271 |
| 15364695 | + Email/Text: GenesisFS@ebn.phinsolutions.com | May 26 2021 02:36:00 | Genesis FS Card Services/Wayfair, c/o First Electronic Bank, Po Box 4499, Beaverton, OR 97076-4499 |
| 15371613 | + Email/Text: bankruptcy@sccompanies.com | May 26 2021 02:34:00 | K. Jordan, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15364697 | + Email/Text: PBNCNotifications@peritusservices.com | May 26 2021 02:34:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15364696 | + Email/Text: PBNCNotifications@peritusservices.com | May 26 2021 02:34:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15364698 | + Email/Text: bankruptcy@sccompanies.com | May 26 2021 02:36:00 | Monroe & Main, 1112 7th Ave, Monroe, WI 53566-1364 |
| 15364699 | + Email/Text: bankruptcy@sccompanies.com | May 26 2021 02:36:00 | Monroe & Main, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 15376435 | Email/Text: Bankruptcy.Notices@pnc.com | May 26 2021 02:34:00 | PNC BANK, NATIONAL ASSOCIATION, P.O. Box 94982, Cleveland, OH 44101 |
| 15364703 | Email/Text: Bankruptcy.Notices@pnc.com | May 26 2021 02:34:00 | PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 15364702 | Email/Text: Bankruptcy.Notices@pnc.com | May 26 2021 02:34:00 | PNC Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 15364701 | Email/Text: Bankruptcy.Notices@pnc.com | May 26 2021 02:34:00 | PNC Bank, Po Box 8703, Dayton, OH 45401 |
| 15364704 | Email/Text: Bankruptcy.Notices@pnc.com | May 26 2021 02:34:00 | Pnc Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 15364705 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 26 2021 01:29:31 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15364706 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 26 2021 01:29:31 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 15366089 | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 26 2021 02:35:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15374539 | Email/Text: bnc-quantum@quantum3group.com | May 26 2021 02:35:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 15364708 | + Email/PDF: gecsedi@recoverycorp.com | May 26 2021 01:29:23 | Syncb/PPC, Po Box 965005, Orlando, FL 32896-5005 |
| 15364709 | + Email/PDF: gecsedi@recoverycorp.com | May 26 2021 01:29:23 | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15364710 | + Email/PDF: gecsedi@recoverycorp.com | May 26 2021 01:31:17 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15365034 | + Email/PDF: gecsedi@recoverycorp.com | May 26 2021 01:27:36 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15364711 | + Email/PDF: gecsedi@recoverycorp.com | May 26 2021 01:31:17 | Synchrony Bank/JCPenney, Po Box 965007, Orlando, FL 32896-5007 |
| 15364712 | + Email/PDF: gecsedi@recoverycorp.com | May 26 2021 01:27:36 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 15364713 | + Email/PDF: gecsedi@recoverycorp.com | May 26 2021 01:27:36 | Synchrony Bank/Lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 15364714 | + Email/PDF: gecsedi@recoverycorp.com | May 26 2021 01:27:36 | Synchrony Bank/Sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 15364715 | + Email/PDF: gecsedi@recoverycorp.com | May 26 2021 01:27:36 | Synchrony Bank/Sams Club, Attn: Bankruptcy |

Dept, Po Box 965060, Orlando, FL 32896-5060

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| 15364682 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, Po Box 982238, El Paso, TX 79998 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2021         Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Kenneth Steidl | on behalf of Debtor Kimberly A. Mosley julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5