Form 149

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Kimberly A. Mosley
aka Kim A. Mosley**
    Debtor(s)

Bankruptcy Case No.: 21−20916−GLT
Issued Per 10/28/2021 Proceeding
Chapter: 13
Docket No.: 31 − 5
Concil. Conf.: October 28, 2021 at 10:00 AM

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

    IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated April 12, 2021 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐    A.    For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐    B.    The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐    C.    Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on Oct. 28, 2021 at 10:00 AM, in remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐    D.    Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐    E.    The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐    F.    shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☒    G.    The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: PA Rev Claim No. 1 .

☐    H.    Additional Terms:

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)  IT IS FURTHER ORDERED THAT:*

**A.**   After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**   Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**   Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty-one (21) days prior to the change taking effect.

**D.**   Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016-1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**   The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre-confirmation defaults in any subsequent motion to dismiss.

**F.**   In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Dated: October 29, 2021

cc:  All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Kimberly A. Mosley  
    Debtor

Case No. 21-20916-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dbas      Page 1 of 4  
Date Rcvd: Oct 29, 2021      Form ID: 149      Total Noticed: 50

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kimberly A. Mosley, 2 Thorncrest Drive, Pittsburgh, PA 15235-5213 |
| 15364683 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 15382348 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15364684 | + | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15364685 | + | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 15369759 | + | P.A.A.C. Transit Div., FCU, 219 Fort Pitt Blvd., Second Fl., Pittsburgh, PA 15222-1559 |
| 15364707 | ++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020 address filed with court:, Pressler, Felt & Warshaw LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 15364700 | + | Paac Trans Division FCU, 219 Fort Pitt Blvd, Pittsburgh, PA 15222-1559 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Oct 29 2021 23:32:53 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15364681 | + | Email/Text: backoffice@affirm.com | Oct 29 2021 23:24:00 | Affirm, 650 California Street, Floor 12, San Francisco, CA 94108-2716 |
| 15364691 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 29 2021 23:24:00 | Citizens Bank, One Citizens Drive, Ms: Rop 15b, Riverside, RI 02915 |
| 15367380 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 29 2021 23:24:00 | Citizens Bank N.A., One Citizens Bank Way JCA115, Johnston, RI 02919 |
| 15364686 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 29 2021 23:32:57 | Capital One/Boscovs, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15364687 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 29 2021 23:32:57 | Capital One/boscovs, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15364688 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 29 2021 23:32:59 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15364689 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 29 2021 23:32:54 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15364690 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 29 2021 23:24:00 | Citizens Bank, 1000 Lafayette Blvd, Bridgeport, CT 06604-4725 |
| 15364692 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 29 2021 23:24:00 | Comenity Bank/Ashley Stewart, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 15364693 | + | Email/Text: kthompson@crownasset.com | Oct 29 2021 23:24:00 | Crown Asset Management, LLC, 3100 Breckinridge Blvd #725, Duluth, GA 30096-7605 |
| 15386482 | + | Email/Text: kburkley@bernsteinlaw.com | Oct 29 2021 23:24:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |

| Notice ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15364694 | + | Email/Text: bankruptcy@firstelectronic.com | Oct 29 2021 23:24:00 | First Electronic Bank, Attn: Bankruptcy, Po Box 521271, Salt Lake City, UT 84152-1271 |
| 15364695 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Oct 29 2021 23:24:00 | Genesis FS Card Services/Wayfair, c/o First Electronic Bank, Po Box 4499, Beaverton, OR 97076-4499 |
| 15371613 | + | Email/Text: bankruptcy@sccompanies.com | Oct 29 2021 23:24:00 | K. Jordan, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15364697 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 29 2021 23:24:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15364696 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 29 2021 23:24:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15364698 | + | Email/Text: bankruptcy@sccompanies.com | Oct 29 2021 23:24:00 | Monroe & Main, 1112 7th Ave, Monroe, WI 53566-1364 |
| 15364699 | + | Email/Text: bankruptcy@sccompanies.com | Oct 29 2021 23:24:00 | Monroe & Main, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 15376435 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 29 2021 23:24:00 | PNC BANK, NATIONAL ASSOCIATION, P.O. Box 94982, Cleveland, OH 44101 |
| 15364703 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 29 2021 23:24:00 | PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 15364702 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 29 2021 23:24:00 | PNC Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 15364701 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 29 2021 23:24:00 | PNC Bank, Po Box 8703, Dayton, OH 45401 |
| 15387440 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 29 2021 23:24:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 15364704 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 29 2021 23:24:00 | Pnc Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 15364705 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 29 2021 23:32:58 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15364706 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 29 2021 23:32:58 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 15384718 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 29 2021 23:32:58 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15364707 | | Email/Text: signed.order@pfwattorneys.com | Oct 29 2021 23:24:00 | Pressler, Felt & Warshaw LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 15366089 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 29 2021 23:24:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15380254 | | Email/Text: bnc-quantum@quantum3group.com | Oct 29 2021 23:24:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15374539 | | Email/Text: bnc-quantum@quantum3group.com | Oct 29 2021 23:24:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 15364708 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 29 2021 23:32:51 | Syncb/PPC, Po Box 965005, Orlando, FL 32896-5005 |
| 15364709 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 29 2021 23:32:57 | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15386308 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 29 2021 23:32:57 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15364710 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 29 2021 23:32:51 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

Case 21-20916-GLT    Doc 33    Filed 10/31/21    Entered 11/01/21 00:31:31    Desc Imaged
Certificate of Notice    Page 6 of 7

| District/off: 0315-2 | User: dbas | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 29, 2021 | Form ID: 149 | Total Noticed: 50 |

| Recip ID | | Notice Type | | Date/Time | Recipient |
|---|---|---|---|---|---|
| 15365034 | + | Email/PDF: gecsedi@recoverycorp.com | | Oct 29 2021 23:32:57 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15364711 | + | Email/PDF: gecsedi@recoverycorp.com | | Oct 29 2021 23:32:51 | Synchrony Bank/JCPenney, Po Box 965007, Orlando, FL 32896-5007 |
| 15364712 | + | Email/PDF: gecsedi@recoverycorp.com | | Oct 29 2021 23:32:52 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 15364713 | + | Email/PDF: gecsedi@recoverycorp.com | | Oct 29 2021 23:32:52 | Synchrony Bank/Lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 15364714 | + | Email/PDF: gecsedi@recoverycorp.com | | Oct 29 2021 23:32:57 | Synchrony Bank/Sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 15364715 | + | Email/PDF: gecsedi@recoverycorp.com | | Oct 29 2021 23:32:51 | Synchrony Bank/Sams Club, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15386253 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | | Oct 29 2021 23:32:47 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15364682 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, Po Box 982238, El Paso, TX 79998 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 31, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Kenneth Steidl | on behalf of Debtor Kimberly A. Mosley julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION mmiksich@kmllawgroup.com |

District/off: 0315-2     User: dbas     Page 4 of 4
Date Rcvd: Oct 29, 2021     Form ID: 149     Total Noticed: 50

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 5