**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **KIMBERLY A. MOSLEY** |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | Western District of Pennsylvania (State) |
| Case Number | 21-20916GLT |

Official Form 410C13-N

# Trustee's Notice of Disbursements Made

12/25

The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).

## Part 1: Mortgage Information

**Name of claim holder:** PNC BANK NA

**Court claim no.** (if known): 18

**Last 4 digits** of any number you use to identify the debtor's account: 2 0 3 8

**Property Address:**
2 THORNCREST DR
Number    Street

PITTSBURGH    PA    15235
City    State    ZIP Code

## Part 2: Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

## Part 3: Arrearages

| | | Amount |
|---|---|---|
| a. | Allowed amount of prepetition arrearage: | $ -0- |
| b. | Total amount of prepetition arrearage disbursed by the trustee: | $ -0- |
| c. | Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d. | Total amount of arrearages disbursed by the trustee: | $ -0- |

| Part 4: | Postpetition Payment |
|---|---|

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☒ Other: Clarification: Payments made by non-filing co-borrower.

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice:   $ -0-

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on _____. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

| Part 5: | Postpetition Fees, Expenses, and Charges |
|---|---|

Amount of postpetition fees, expenses, and charges disbursed by the trustee:   $ -0-

| Part 6: | A Response Is Required By Bankruptcy Rule 3002.1(g)(3) |
|---|---|

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

☒ /s/ Ronda J. Winnecour    Date 02/02/2026
Signature

Trustee: Ronda J. Winnecour
First Name    Middle Name    Last Name

Address: CHAPTER 13 TRUSTEE WD PA, 600 GRANT STREET
Number    Street

PITTSBURGH    PA    15219
City    State    ZIP Code

Contact phone (412) 471-5566    Email cmecf@chapter13trusteewdpa.com

| Debtor 1 | **MOSLEY** | | Case Number **21-20916GLT** | Page 1 |
|---|---|---|---|---|
| | Name | | | |

## History Of Payments

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| | | | | Total for Claim Number : | 0.00 |
| | | | | **Total for :** | **0.00** |

**Certificate of Serivce**

I hereby cerify that on the date shown below, I served a true and correct copy of Trustee's Notice of Disbursements Made upon the following, by regular United States mail, postage prepaid, addressed as follows:

| | |
|---|---|
| KIMBERLY A. MOSLEY<br>2 THORNCREST DRIVE<br>PITTSBURGH, PA  15235 | KENNETH STEIDL ESQ<br>STEIDL & STEINBERG PC<br>436 SEVENTH AVE STE 322<br>KOPPERS BUILDING<br>PITTSBURGH, PA  15219 |
| PNC BANK NA<br>PO BOX 94982<br>CLEVELAND, OH  44101 | KML LAW GROUP PC*<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA  19106 |

Dated: 02/02/2026

/s/ Roberta Saunier
Administrative Assistant
Office of the Chapter 13 Trustee