**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **KIMBERLY A. MOSLEY** |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | Western District of Pennsylvania (State) |
| Case Number | 21-20916GLT |

Official Form 410C13-N

# Trustee's Notice of Disbursements Made    12/25

The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).

## Part 1: Mortgage Information

**Name of claim holder:** PNC BANK NA

**Court claim no.** (if known): 6

**Last 4 digits** of any number you use to identify the debtor's account: 9 3 1 8

**Property Address:**
2 THORNCREST DR
Number    Street

PITTSBURGH            PA    15235
City                  State ZIP Code

## Part 2: Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

## Part 3: Arrearages

| | Amount |
|---|---|
| a. Allowed amount of prepetition arrearage: | $ -0- |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ -0- |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d. Total amount of arrearages disbursed by the trustee: | $ -0- |

**Part 4:   Postpetition Payment**

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☒ Other: Clarification: Payments made by non-filing co-borrower.

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.  Total amount of postpetition payments disbursed by the trustee as of date of notice:    $ _____-0-_____

b.  The last ongoing mortgage payment disbursed by the trustee was the payment due on _____. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

**Part 5:   Postpetition Fees, Expenses, and Charges**

Amount of postpetition fees, expenses, and charges disbursed by the trustee:    $ _____-0-_____

**Part 6:   A Response Is Required By Bankruptcy Rule 3002.1(g)(3)**

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✗ /s/ Ronda J. Winnecour
Signature

Date  02/02/2026

Trustee: Ronda J. Winnecour
First Name   Middle Name   Last Name

Address: CHAPTER 13 TRUSTEE WD PA, 600 GRANT STREET
Number   Street

PITTSBURGH      PA    15219
City          State   ZIP Code

Contact phone (412) 471-5566        Email cmecf@chapter13trusteewdpa.com

| Debtor 1 | **MOSLEY** | | Case Number **21-20916GLT** | Page 1 |
|---|---|---|---|---|
| | Name | | | |

# History Of Payments

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| | | | | Total for Claim Number : | 0.00 |
| | | | | **Total for :** | **0.00** |

**Certificate of Serivce**

I hereby cerify that on the date shown below, I served a true and correct copy of Trustee's Notice of Disbursements Made upon the following, by regular United States mail, postage prepaid, addressed as follows:

KIMBERLY A. MOSLEY
2 THORNCREST DRIVE
PITTSBURGH, PA  15235

KENNETH STEIDL ESQ
STEIDL & STEINBERG PC
436 SEVENTH AVE STE 322
KOPPERS BUILDING
PITTSBURGH, PA  15219

PNC BANK NA
PO BOX 94982
CLEVELAND, OH  44101

KML LAW GROUP PC*
701 MARKET ST STE 5000
PHILADELPHIA, PA  19106

Dated: 02/02/2026

/s/ Roberta Saunier
Administrative Assistant
Office of the Chapter 13 Trustee