**Form 604**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Kimberly A. Mosley** | : | Case No. 21−20916−GLT |
| **aka Kim A. Mosley** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 77 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 7/1/26 at 11:00 AM |
| *Respondent(s).* | : | |
| | : | |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

   **AND NOW,** this ***The 29th of April, 2026***, a ***Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements*** (the "Motion") having been filed at Doc. No. 77 by the Chapter 13 Trustee,

   It is hereby **ORDERED, ADJUDGED** *and* **DECREED** that:

   (1) ***On or before June 12, 2026***, any ***Response***, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

   (2) This Motion is scheduled for hearing on ***July 1, 2026 at 11:00 AM*** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

   (3) If, after proper service, a Respondent fails to timely file a *Response*, the Court ***may*** determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties are ***required*** to appear at the hearing.

   (4) Once the Motion is approved, if either the Debtor's ***Certificate of Discharge Eligibility*** or ***Certificate of Financial Management*** is not timely filed, *the case is **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** without further notice or hearing*.

          _____

          Gregory L. Taddonio, Chief Judge
          United States Bankruptcy Court

cm:  All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-20916-GLT |
| Kimberly A. Mosley | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Apr 30, 2026 | Form ID: 604 | Total Noticed: 53 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 02, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kimberly A. Mosley, 2 Thorncrest Drive, Pittsburgh, PA 15235-5213 |
| 15369759 | + | P.A.A.C. Transit Div., FCU, 219 Fort Pitt Blvd., Second Fl., Pittsburgh, PA 15222-1559 |
| 15364700 | + | Paac Trans Division FCU, 219 Fort Pitt Blvd, Pittsburgh, PA 15222-1559 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 01 2026 02:17:58 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 01 2026 02:17:58 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15364681 | + | Email/PDF: AffirmBKNotifications@resurgent.com | May 01 2026 02:18:02 | Affirm, 650 California Street, Floor 12, San Francisco, CA 94108-2716 |
| 15364683 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | May 01 2026 02:11:00 | Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 15364682 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | May 01 2026 02:11:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15382348 | + | Email/Text: BAC_Mortgage_BNC_Emails@g2risksolutions.com | May 01 2026 02:11:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15364685 | + | Email/Text: BarclaysBankDelaware@tsico.com | May 01 2026 02:11:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 15364684 | + | Email/Text: BarclaysBankDelaware@tsico.com | May 01 2026 02:11:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15364691 | | Email/Text: Bankruptcy.RI@Citizensbank.com | May 01 2026 02:11:00 | Citizens Bank, One Citizens Drive, Ms: Rop 15b, Riverside, RI 02915 |
| 15367380 | | Email/Text: Bankruptcy.RI@Citizensbank.com | May 01 2026 02:11:00 | Citizens Bank N.A., One Citizens Bank Way JCA115, Johnston, RI 02919 |
| 15364686 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 01 2026 02:17:57 | Capital One/Boscovs, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15364687 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 01 2026 02:17:52 | Capital One/boscovs, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15364688 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 01 2026 02:17:53 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15364689 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 01 2026 02:18:02 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15364690 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | May 01 2026 02:11:00 | Citizens Bank, 1000 Lafayette Blvd, Bridgeport, CT 06604-4725 |
| 15364692 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

District/off: 0315-2                     User: auto                          Page 2 of 4

Date Rcvd: Apr 30, 2026                  Form ID: 604                        Total Noticed: 53

| | | May 01 2026 02:11:00 | Comenity Bank/Ashley Stewart, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
|---|---|---|---|
| 15364693 | + Email/Text: bankruptcies@crownasset.com | May 01 2026 02:11:00 | Crown Asset Management, LLC, 3100 Breckinridge Blvd #725, Duluth, GA 30096-7605 |
| 15386482 | + Email/Text: kburkley@bernsteinlaw.com | May 01 2026 02:12:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15364694 | + Email/Text: bankruptcy@firstelectronic.com | May 01 2026 02:12:00 | First Electronic Bank, Attn: Bankruptcy, Po Box 521271, Salt Lake City, UT 84152-1271 |
| 15364695 | + Email/Text: GenesisFS@ebn.phinsolutions.com | May 01 2026 02:12:00 | Genesis FS Card Services/Wayfair, c/o First Electronic Bank, Po Box 4499, Beaverton, OR 97076-4499 |
| 15371613 | + Email/Text: bankruptcy@sccompanies.com | May 01 2026 02:12:00 | K. Jordan, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15364697 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | May 01 2026 02:17:57 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15364696 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | May 01 2026 02:17:57 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15364698 | + Email/Text: bankruptcy@sccompanies.com | May 01 2026 02:12:00 | Monroe & Main, 1112 7th Ave, Monroe, WI 53566-1364 |
| 15364699 | + Email/Text: bankruptcy@sccompanies.com | May 01 2026 02:12:00 | Monroe & Main, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 15376435 | Email/Text: Bankruptcy.Notices@pnc.com | May 01 2026 02:11:00 | PNC BANK, NATIONAL ASSOCIATION, P.O. Box 94982, Cleveland, OH 44101 |
| 15364703 | Email/Text: Bankruptcy.Notices@pnc.com | May 01 2026 02:11:00 | PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 15364702 | Email/Text: Bankruptcy.Notices@pnc.com | May 01 2026 02:11:00 | PNC Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 15364701 | Email/Text: Bankruptcy.Notices@pnc.com | May 01 2026 02:11:00 | PNC Bank, Po Box 8703, Dayton, OH 45401 |
| 15387440 | Email/Text: Bankruptcy.Notices@pnc.com | May 01 2026 02:11:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 15364704 | Email/Text: Bankruptcy.Notices@pnc.com | May 01 2026 02:11:00 | Pnc Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 15364705 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 01 2026 02:18:02 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15364706 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 01 2026 02:17:52 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 15501398 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 01 2026 02:18:02 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15384718 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 01 2026 02:18:02 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15364707 | Email/Text: signed.order@pfwattorneys.com | May 01 2026 02:11:00 | Pressler, Felt & Warshaw LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 15366089 | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 01 2026 02:11:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15380254 | Email/Text: bnc-quantum@quantum3group.com | May 01 2026 02:11:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15374539 | + Email/Text: bnc-quantum@quantum3group.com | May 01 2026 02:11:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |

| 15364708 | + Email/PDF: ais.sync.ebn@aisinfo.com | May 01 2026 02:17:51 | Syncb/PPC, Po Box 965005, Orlando, FL 32896-5005 |
| 15364709 | + Email/PDF: ais.sync.ebn@aisinfo.com | May 01 2026 02:17:56 | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15386308 | + Email/PDF: ebn_ais@aisinfo.com | May 01 2026 02:17:58 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15364710 | + Email/PDF: ais.sync.ebn@aisinfo.com | May 01 2026 02:17:51 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15365034 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 01 2026 02:17:53 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15364711 | + Email/PDF: ais.sync.ebn@aisinfo.com | May 01 2026 02:18:01 | Synchrony Bank/JCPenney, Po Box 965007, Orlando, FL 32896-5007 |
| 15364712 | + Email/PDF: ais.sync.ebn@aisinfo.com | May 01 2026 02:18:01 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 15364713 | + Email/PDF: ais.sync.ebn@aisinfo.com | May 01 2026 02:18:01 | Synchrony Bank/Lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 15364714 | + Email/PDF: ais.sync.ebn@aisinfo.com | May 01 2026 02:17:56 | Synchrony Bank/Sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 15364715 | + Email/PDF: ais.sync.ebn@aisinfo.com | May 01 2026 02:18:01 | Synchrony Bank/Sams Club, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15386253 | Email/PDF: ebn_ais@aisinfo.com | May 01 2026 02:18:02 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 50

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2026 at the address(es) listed below:**

District/off: 0315-2                         User: auto                          Page 4 of 4

Date Rcvd: Apr 30, 2026                      Form ID: 604                        Total Noticed: 53

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION brian+ecf@briannicholas.com, mccallaecf@ecf.courtdrive.com |
| Kenneth Steidl | on behalf of Debtor Kimberly A. Mosley julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@metzlewis.com  btemple@metzlewis.com |
| Matthew Fissel | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6