**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Kimberly A. Mosley | Social Security number or ITIN   xxx–xx–2693 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   21–20916–GLT

## Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Kimberly A. Mosley
aka Kim A. Mosley

6/15/26

**By the court:** Gregory L Taddonio
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

United States Bankruptcy Court

Western District of Pennsylvania

In re:

Kimberly A. Mosley

     Debtor

Case No. 21-20916-GLT

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jun 15, 2026 | Form ID: 3180W | Total Noticed: 54 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Kimberly A. Mosley, 2 Thorncrest Drive, Pittsburgh, PA 15235-5213 |
| 15369759 | + P.A.A.C. Transit Div., FCU, 219 Fort Pitt Blvd., Second Fl., Pittsburgh, PA 15222-1559 |
| 15364700 | + Paac Trans Division FCU, 219 Fort Pitt Blvd, Pittsburgh, PA 15222-1559 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Jun 16 2026 04:17:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + EDI: PRA.COM | Jun 16 2026 04:17:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + EDI: PRA.COM | Jun 16 2026 04:17:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15364681 | + Email/PDF: AffirmBKNotifications@resurgent.com | Jun 16 2026 00:34:58 | Affirm, 650 California Street, Floor 12, San Francisco, CA 94108-2716 |
| 15364683 | EDI: BANKAMER | Jun 16 2026 04:17:00 | Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 15364682 | + EDI: BANKAMER | Jun 16 2026 04:17:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15382348 | + EDI: BANKAMER2 | Jun 16 2026 04:17:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15364685 | + EDI: TSYS2 | Jun 16 2026 04:17:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 15364684 | + EDI: TSYS2 | Jun 16 2026 04:17:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15364691 | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 16 2026 00:24:00 | Citizens Bank, One Citizens Drive, Ms: Rop 15b, Riverside, RI 02915 |
| 15367380 | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 16 2026 00:24:00 | Citizens Bank N.A., One Citizens Bank Way JCA115, Johnston, RI 02919 |
| 15364686 | + EDI: CAPITALONE.COM | Jun 16 2026 04:17:00 | Capital One/Boscovs, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15364687 | + EDI: CAPITALONE.COM | Jun 16 2026 04:17:00 | Capital One/boscovs, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15364688 | + EDI: CITICORP | Jun 16 2026 04:17:00 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15364689 | + EDI: CITICORP | Jun 16 2026 04:17:00 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |

District/off: 0315-2                          User: auto                                Page 2 of 4
Date Rcvd: Jun 15, 2026                       Form ID: 3180W                            Total Noticed: 54

| | | | |
|---|---|---|---|
| 15364690 | + Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 16 2026 00:24:00 | Citizens Bank, 1000 Lafayette Blvd, Bridgeport, CT 06604-4725 |
| 15364692 | EDI: WFNNB.COM | Jun 16 2026 04:17:00 | Comenity Bank/Ashley Stewart, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 15364693 | + Email/Text: bankruptcies@crownasset.com | Jun 16 2026 00:25:00 | Crown Asset Management, LLC, 3100 Breckinridge Blvd #725, Duluth, GA 30096-7605 |
| 15386482 | + Email/Text: kburkley@bernsteinlaw.com | Jun 16 2026 00:25:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15364694 | + Email/Text: bankruptcy@firstelectronic.com | Jun 16 2026 00:25:00 | First Electronic Bank, Attn: Bankruptcy, Po Box 521271, Salt Lake City, UT 84152-1271 |
| 15364695 | + EDI: PHINGENESIS | Jun 16 2026 04:17:00 | Genesis FS Card Services/Wayfair, c/o First Electronic Bank, Po Box 4499, Beaverton, OR 97076-4499 |
| 15371613 | + EDI: CBS7AVE | Jun 16 2026 04:17:00 | K. Jordan, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15364697 | + EDI: CAPITALONE.COM | Jun 16 2026 04:17:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15364696 | + EDI: CAPITALONE.COM | Jun 16 2026 04:17:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15364698 | + EDI: CBS7AVE | Jun 16 2026 04:17:00 | Monroe & Main, 1112 7th Ave, Monroe, WI 53566-1364 |
| 15364699 | + EDI: CBS7AVE | Jun 16 2026 04:17:00 | Monroe & Main, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 15376435 | Email/Text: Bankruptcy.Notices@pnc.com | Jun 16 2026 00:24:00 | PNC BANK, NATIONAL ASSOCIATION, P.O. Box 94982, Cleveland, OH 44101 |
| 15364703 | Email/Text: Bankruptcy.Notices@pnc.com | Jun 16 2026 00:24:00 | PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 15364702 | Email/Text: Bankruptcy.Notices@pnc.com | Jun 16 2026 00:24:00 | PNC Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 15364701 | Email/Text: Bankruptcy.Notices@pnc.com | Jun 16 2026 00:24:00 | PNC Bank, Po Box 8703, Dayton, OH 45401 |
| 15387440 | Email/Text: Bankruptcy.Notices@pnc.com | Jun 16 2026 00:24:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 15364704 | Email/Text: Bankruptcy.Notices@pnc.com | Jun 16 2026 00:24:00 | Pnc Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 15364705 | EDI: PRA.COM | Jun 16 2026 04:17:00 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15364706 | EDI: PRA.COM | Jun 16 2026 04:17:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 15501398 | EDI: PRA.COM | Jun 16 2026 04:17:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15384718 | EDI: PRA.COM | Jun 16 2026 04:17:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15364707 | + Email/Text: signed.order@pfwattorneys.com | Jun 16 2026 00:24:00 | Pressler, Felt & Warshaw LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 15366089 | EDI: PENNDEPTREV | Jun 16 2026 04:17:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15380254 | EDI: Q3G.COM | Jun 16 2026 04:17:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |

District/off: 0315-2 | User: auto | Page 3 of 4
Date Rcvd: Jun 15, 2026 | Form ID: 3180W | Total Noticed: 54

| 15374539 | EDI: Q3G.COM | Jun 16 2026 04:17:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 15364708 | + EDI: SYNC | Jun 16 2026 04:17:00 | Syncb/PPC, Po Box 965005, Orlando, FL 32896-5005 |
| 15364709 | + EDI: SYNC | Jun 16 2026 04:17:00 | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15386308 | + EDI: AIS.COM | Jun 16 2026 04:17:00 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15364710 | + EDI: SYNC | Jun 16 2026 04:17:00 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15365034 | + EDI: PRA.COM | Jun 16 2026 04:17:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15364711 | + EDI: SYNC | Jun 16 2026 04:17:00 | Synchrony Bank/JCPenney, Po Box 965007, Orlando, FL 32896-5007 |
| 15364712 | + EDI: SYNC | Jun 16 2026 04:17:00 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 15364713 | + EDI: SYNC | Jun 16 2026 04:17:00 | Synchrony Bank/Lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 15364714 | + EDI: SYNC | Jun 16 2026 04:17:00 | Synchrony Bank/Sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 15364715 | + EDI: SYNC | Jun 16 2026 04:17:00 | Synchrony Bank/Sams Club, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15386253 | EDI: AIS.COM | Jun 16 2026 04:17:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 51

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2026        Signature:        /s/Gustava Winters

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jun 15, 2026 | Form ID: 3180W | Total Noticed: 54 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2026 at the address(es) listed below:**

**Name**                     **Email Address**

Brian Nicholas

    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION brian+ecf@briannicholas.com, mccallaecf@ecf.courtdrive.com

Kenneth Steidl

    on behalf of Debtor Kimberly A. Mosley julie.steidl@steidl-steinberg.com
    ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;bwilhelm@steidl-steinberg.com;Steidl.KenB104904@notify.bestcase.com

Keri P. Ebeck

    on behalf of Creditor Duquesne Light Company kebeck@metzlewis.com  btemple@metzlewis.com

Matthew Fissel

    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee

    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

    cmecf@chapter13trusteewdpa.com


TOTAL: 6