**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
6/15/26 12:17 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:

KIMBERLY A. MOSLEY

Debtor(s)

Ronda J. Winnecour
         Movant
     vs.
No Repondents.

Case No.:21-20916

Chapter 13

Docket No. 77

**ORDER OF COURT**

AND NOW, this _____ 15th Day of June, 2026 _____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminate and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | Case No. 21-20916-GLT |
|---|---|
| Kimberly A. Mosley | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jun 15, 2026 | Form ID: pdf900 | Total Noticed: 53 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kimberly A. Mosley, 2 Thorncrest Drive, Pittsburgh, PA 15235-5213 |
| 15369759 | + | P.A.A.C. Transit Div., FCU, 219 Fort Pitt Blvd., Second Fl., Pittsburgh, PA 15222-1559 |
| 15364700 | + | Paac Trans Division FCU, 219 Fort Pitt Blvd, Pittsburgh, PA 15222-1559 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 16 2026 00:34:46 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 16 2026 00:34:52 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15364681 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jun 16 2026 00:34:58 | Affirm, 650 California Street, Floor 12, San Francisco, CA 94108-2716 |
| 15364683 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jun 16 2026 00:24:00 | Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 15364682 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jun 16 2026 00:24:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15382348 | + | Email/Text: BAC_Mortgage_BNC_Emails@g2risksolutions.com | Jun 16 2026 00:25:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15364685 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jun 16 2026 00:25:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 15364684 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jun 16 2026 00:25:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15364691 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 16 2026 00:24:00 | Citizens Bank, One Citizens Drive, Ms: Rop 15b, Riverside, RI 02915 |
| 15367380 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 16 2026 00:24:00 | Citizens Bank N.A., One Citizens Bank Way JCA115, Johnston, RI 02919 |
| 15364686 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 16 2026 00:34:45 | Capital One/Boscovs, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15364687 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 16 2026 00:34:50 | Capital One/boscovs, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15364688 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 16 2026 00:34:53 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15364689 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 16 2026 00:34:53 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15364690 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 16 2026 00:24:00 | Citizens Bank, 1000 Lafayette Blvd, Bridgeport, CT 06604-4725 |
| 15364692 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

District/off: 0315-2          User: auto          Page 2 of 4

Date Rcvd: Jun 15, 2026          Form ID: pdf900          Total Noticed: 53

| ID | Notice Method | Date/Time | Recipient |
|---|---|---|---|
| | | Jun 16 2026 00:25:00 | Comenity Bank/Ashley Stewart, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 15364693 | + Email/Text: bankruptcies@crownasset.com | Jun 16 2026 00:25:00 | Crown Asset Management, LLC, 3100 Breckinridge Blvd #725, Duluth, GA 30096-7605 |
| 15386482 | + Email/Text: kburkley@bernsteinlaw.com | Jun 16 2026 00:25:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15364694 | + Email/Text: bankruptcy@firstelectronic.com | Jun 16 2026 00:25:00 | First Electronic Bank, Attn: Bankruptcy, Po Box 521271, Salt Lake City, UT 84152-1271 |
| 15364695 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Jun 16 2026 00:25:00 | Genesis FS Card Services/Wayfair, c/o First Electronic Bank, Po Box 4499, Beaverton, OR 97076-4499 |
| 15371613 | + Email/Text: bankruptcy@sccompanies.com | Jun 16 2026 00:25:00 | K. Jordan, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15364697 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 16 2026 00:34:50 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15364696 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 16 2026 00:34:50 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15364698 | + Email/Text: bankruptcy@sccompanies.com | Jun 16 2026 00:25:00 | Monroe & Main, 1112 7th Ave, Monroe, WI 53566-1364 |
| 15364699 | + Email/Text: bankruptcy@sccompanies.com | Jun 16 2026 00:25:00 | Monroe & Main, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 15376435 | Email/Text: Bankruptcy.Notices@pnc.com | Jun 16 2026 00:24:00 | PNC BANK, NATIONAL ASSOCIATION, P.O. Box 94982, Cleveland, OH 44101 |
| 15364703 | Email/Text: Bankruptcy.Notices@pnc.com | Jun 16 2026 00:24:00 | PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 15364702 | Email/Text: Bankruptcy.Notices@pnc.com | Jun 16 2026 00:24:00 | PNC Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 15364701 | Email/Text: Bankruptcy.Notices@pnc.com | Jun 16 2026 00:24:00 | PNC Bank, Po Box 8703, Dayton, OH 45401 |
| 15387440 | Email/Text: Bankruptcy.Notices@pnc.com | Jun 16 2026 00:24:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 15364704 | Email/Text: Bankruptcy.Notices@pnc.com | Jun 16 2026 00:24:00 | Pnc Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 15364705 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 16 2026 00:34:57 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15364706 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 16 2026 00:34:52 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 15501398 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 16 2026 00:34:46 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15384718 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 16 2026 00:34:57 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15364707 | + Email/Text: signed.order@pfwattorneys.com | Jun 16 2026 00:24:00 | Pressler, Felt & Warshaw LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 15366089 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 16 2026 00:25:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15380254 | Email/Text: bnc-quantum@quantum3group.com | Jun 16 2026 00:25:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15374539 | Email/Text: bnc-quantum@quantum3group.com | Jun 16 2026 00:25:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |

| | | | |
|---|---|---|---|
| 15364708 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 16 2026 00:34:50 | Syncb/PPC, Po Box 965005, Orlando, FL 32896-5005 |
| 15364709 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 16 2026 00:34:44 | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15386308 | + Email/PDF: ebn_ais@aisinfo.com | Jun 16 2026 00:34:53 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15364710 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 16 2026 00:34:55 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15365034 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 16 2026 00:34:52 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15364711 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 16 2026 00:34:55 | Synchrony Bank/JCPenney, Po Box 965007, Orlando, FL 32896-5007 |
| 15364712 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 16 2026 00:34:50 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 15364713 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 16 2026 00:34:55 | Synchrony Bank/Lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 15364714 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 16 2026 00:34:50 | Synchrony Bank/Sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 15364715 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 16 2026 00:34:50 | Synchrony Bank/Sams Club, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15386253 | Email/PDF: ebn_ais@aisinfo.com | Jun 16 2026 00:34:48 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 50

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2026                     Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2026 at the address(es) listed below:**

District/off: 0315-2                                User: auto                                    Page 4 of 4
Date Rcvd: Jun 15, 2026                         Form ID: pdf900                          Total Noticed: 53

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION brian+ecf@briannicholas.com, mccallaecf@ecf.courtdrive.com |
| Kenneth Steidl | on behalf of Debtor Kimberly A. Mosley julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;bwilhelm@steidl-steinberg.com;Steidl.KenB104904@notify.bestcase.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@metzlewis.com  btemple@metzlewis.com |
| Matthew Fissel | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6