**Form 129**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Kimberly A. Mosley**
**aka Kim A. Mosley**
    Debtor(s)

Bankruptcy Case No.: 21–20916–GLT

Chapter: 13

### FINAL DECREE

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

Ronda J. Winnecour is discharged as trustee of the estate of the above named Debtor(s) and the bond is cancelled; the Chapter 13 case of the above named Debtor(s) is closed.

Dated: June 22, 2026

Gregory L Taddonio
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                               Case No. 21-20916-GLT

Kimberly A. Mosley                                                                   Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 22, 2026 | Form ID: 129 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2026:**

**Recip ID**     **Recipient Name and Address**
db     + Kimberly A. Mosley, 2 Thorncrest Drive, Pittsburgh, PA 15235-5213

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2026     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2026 at the address(es) listed below:**

**Name**     **Email Address**

Brian Nicholas
     on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION brian+ecf@briannicholas.com, mccallaecf@ecf.courtdrive.com

Kenneth Steidl
     on behalf of Debtor Kimberly A. Mosley julie.steidl@steidl-steinberg.com
     ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;bwilhelm@steidl-steinberg.com;Steidl.KenB104904@notify.bestcase.com

Keri P. Ebeck
     on behalf of Creditor Duquesne Light Company kebeck@metzlewis.com  btemple@metzlewis.com

Matthew Fissel
     on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee
     ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

District/off: 0315-2                                    User: auto                                    Page 2 of 2

Date Rcvd: Jun 22, 2026                                Form ID: 129                                 Total Noticed: 1

cmecf@chapter13trusteewdpa.com

TOTAL: 6